HARRIET MYERS v. THOMAS C. PROSSER.

*Attachment—Amended return.*

A writ of attachment was returned before the return day without personal service. *Held* that a farther return could not be made without leave of court.

Error to Superior Court of Detroit. Submitted April 11. Decided April 24.

ASSUMPSIT. Defendant brings error.

*Anthony Cook* for plaintiff in error. A return without personal service in attachment before the return day is premature, *King v. Harrington*, 14 Mich., 541; personal service must be made if it can be, and the jurisdiction depends on a proper return showing diligence, *Withington v. Southworth*, 26 Mich., 381; *Nicolls v Lawrence*, 30 Mich., 395; *Town v. Tabor*, 34 Mich., 262; attachment proceedings must conform to the statute, *Buckley v. Lowry*, 2 Mich., 418; *Roelofson v. Hatch*, 3 Mich., 277; *Greenvault v. Breese*, 2 Doug. (Mich.), 498; Drake on Attachments [4th ed.], § 85; *Platt v. Stewart*, 10 Mich., 260; an officer cannot of right amend a return once made (*Miller v. Shackleford*, 4 Dana, 266; *Palmer v. Thayer*, 28 Conn., 244; *Hill v. Cunningham*, 25 Tex., 32) without leave of court on cause shown. *Welsh v. Joy*, 13 Pick., 477; Drake on Attachments, § 211.

*T. C. Prosser* and *George Gartner* for defendant in error.

MARSTON, J. There is a fatal error in this case. The writ, which was made returnable August 6th, was returned, not personally served on defendant, August 5th. Afterwards the sheriff of his own motion made a farther return. This he could not do without leave of the court properly granted.

The judgment must be reversed with costs of both courts.

The other Justices concurred.